## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 696 | **DATE** | 8/13/2009 |
| **CASE TITLE** |  | USA vs. Douglas Greer | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 8/12/09. Defendant informed of his rights. Enter order appointing Ralph Schindler as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing set for 8/19/09 at 11:00 a.m. Defendant waives his right to a preliminary hearing. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending further order of the Court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|